No. 94–441.  MACKEY *v.* MOSS ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 94–456.  BUNCE ET AL. *v.* UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 94–462.  CITY OF GRAPEVINE *v.* DEPARTMENT OF TRANSPORTATION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 94–469.  HOLLEY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–559.  RAMIREZ *v.* UNITED STATES; HARSHAW *v.* UNITED STATES; MCSPARRAN *v.* UNITED STATES; OWEN *v.* UNITED STATES; DEBERRY *v.* UNITED STATES; and LUBITZ *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 94–605.  ANDREWS-POWLEY *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 94–644.  HERCULES INC. *v.* UTAH STATE TAX COMMISSION AUDITING DIVISION.  Sup. Ct. Utah.  Certiorari denied.

No. 94–647.  WRIGHT *v.* CLAY.  Ct. App. Ind.  Certiorari denied.

No. 94–649.  GEORGE *v.* BETHLEHEM STEEL CORP.  C. A. 3d Cir.  Certiorari denied.

No. 94–652.  FREEDOM RANCH, INC. *v.* TULSA BOARD OF ADJUSTMENT ET AL.  Ct. App. Okla.  Certiorari denied.

No. 94–657.  ZIMMERMAN *v.* BISHOP ESTATE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–660.  DEGROOTH ET AL. *v.* GENERAL DYNAMICS CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 94–664.  JOHNSON, DBA F. C. JOHNSON CONSTRUCTION CO. *v.* HYNEMAN.  Sup. Ct. Miss.  Certiorari denied.